UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BURKE LEE ANTHONY TYLER, | : | |
| Petitioner, | : | |
| v. | : | CIVIL NO. 3:17-CV-38 |
| SUPT. BARRY SMITH, et al., | : | (Judge Kosik) |
| Respondents. | : | |

## ORDER

**AND NOW,** this 26th day of January, 2017, upon consideration of the Petition for Writ of Habeas Corpus and the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Petitioner's motion to proceed in forma pauperis (Doc. 7) is **GRANTED for the sole purpose of filing the instant petition**.

2. Respondents' Motion to Dismiss the petition as untimely (Doc. 5) is **GRANTED** and the petition is dismissed. The petition for writ of habeas corpus is **DISMISSED as time-barred** by the statute of limitations. See 28 U.S.C. § 2244(d).

3. Respondents' Motion to Stay the filing of a response addressing the merits of the petition (Doc. 6) is **DENIED as moot**.

4. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

5. The Clerk of Court is directed to **CLOSE** this case.

          s/Edwin M. Kosik
          EDWIN M. KOSIK
          United States District Judge